UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

CASE NO.: 09-16501-BKC-PGH
Chapter 7

In re:

PETOSA, FRANK MICHAEL
PETOSA, SUSAN SHERMAN
    Debtor(s).
_____/

## NOTICE OF ABANDONMENT

TO: ALL CREDITORS AND INTERESTED PARTIES
NOTICE IS HEREBY GIVEN THAT

MICHAEL R. BAKST, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. Section 554 (a) intends to abandon his interest in the following items of personal property as burdensome to the estate and they are of inconsequential value and benefit to the estate and would respectfully show as follows:

1. This case was filed as a Chapter 7 on April 9, 2009.

2. There is personal property that is burdensome to the estate known as:

   **Household Goods and Furnishings, Miscellaneous Books and Pictures, Jewelry (Platinum Engagement Ring 1.5 ct, Platinum Wedding Band with 3 stones, Rolex, Ladies Cartier Watch, Ladies Diamond Anniversary Band 14 stones Necklace flower cut .25 ct), Camera, Camcorder.**

3. This property was evaluated by the Trustee as to the benefit for the creditors of the bankruptcy estate, and he has decided to abandon same.

WHEREFORE, the Trustee believes this personal property is burdensome to the estate and should be abandoned.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT THE NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 15 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

DATED:    October 8, 2009

MICHAEL R. BAKST, TRUSTEE
PMB 702, 222 Lakeview Avenue, Ste 160
West Palm Beach FL 33401
(561) 838-4539

Copies to: All creditors and interested parties on the Court matrix.
ddp

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 09-16501-PGH<br>Southern District of Florida<br>West Palm Beach<br>Thu Oct  8 09:05:38 EDT 2009 | Mellon United National Bank<br>c/o Charles W. Throckmorton<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134-6039 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue #1120<br>Miami, Fl 33131-1605 |
| VW Credit, Inc.<br>P O Box 829009<br>Dallas, TX 75382-9009 | AES<br>Harrisburg, PA 17130-0001 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| American General Financial Svces<br>1350 LInton Blvd., Suite A3<br>Delray Beach, FL 33444-1147 | Audi<br>PO Box 17497<br>Baltimore, MD 21297-1497 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19886-5026 |
| Bloomingdale's<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | CIT Technology Fin Serv. Inc.<br>Att: Customer Service<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | CIT Technology Financing Services Inc<br>Bankruptcy Processing Solutions Inc<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258-3941 |
| Charles and Amy Norris<br>5523 NW 39th Avenue<br>Pompano Beach, FL 33073-4127 | Counsel Financial Services, LLC<br>6400 Main Street, Suite 120<br>Williamsville, NY 14221-5858 | Daniel Harwin<br>200 Biscayne Blvd., Apt. 3208<br>Miami, FL 33132-2219 |
| Deltacom<br>PO Box 740597<br>Atlanta, GA 30374-0597 | Devcon Security Service<br>PO Box 538675<br>Atlanta, GA 30353-8675 | Equitrac<br>14921 Collections Center Drive<br>Chicago, IL 60693-0149 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | Fred and Katie Sherman<br>7051 Dubonet Drive<br>Boca Raton, FL 33433-7479 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>Attn: Ramesh Singh<br>25 SE 2nd Ave  Ste 1120<br>Miami FL 33131-1605 |
| Great Florida Bank<br>PO Box 028580<br>Miami, FL 33102-8580 | Halsey & Griffith<br>1170 NW 163rd Drive<br>Miami, FL 33169-5816 | Infiniti Financial Services<br>PO Box 650679<br>Louisville, KY 40290 |
| Ingham & Company<br>9155 S Dadeland Blvd, Suite 1512<br>Miami, FL 33156-2740 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jeff Liggio<br>1615 Forum Place, Suite 3B<br>West Palm Beach, FL 33401-2316 |
| Karyn Scholz<br>5600 Pacific Blvd., #603<br>Boca Raton, FL 33433-6705 | Kaufman Rossin & Co.<br>2699 S Bayshore Drive<br>Miami, FL 33133-5486 | Lowes<br>PB 530914<br>Atlanta, GA 30353-0914 |

| | | |
|---|---|---|
| Macy's<br>P. O. Box 4581<br>Carol Stream, IL 60197-4581 | Macys<br>P. O. Box 6938<br>The Lakes, NV 88901-6938 | Mellon United National Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8945 |
| Mellon United National Bank<br>1111 Brickell Avenue, 30th Floor<br>Miami, FL 33131-3112 | Mellon United National Bank<br>1399 SW First Avenue<br>Miami, FL 33130-4388 | Mellon United National Bank<br>1801 North Military Trail<br>Boca Raton, FL 33431-1811 |
| Mercedes Benz Financial<br>Att: FCF Dept.<br>13650 Heritage Parkway<br>Fort Worth, TX 76177-5323 | Neiman Marcus<br>PO Box 729080<br>Dallas, TX 75372-9080 | Nordstrom FSB Service Center<br>Nordstrom Store Card)<br>PB 6587<br>Englewood, CO 80155-6587 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>Honorable John K. Clark, CFC<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | Palmetto Park Holdings<br>c/o Spencer M. Sax, Esq.<br>6111 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2774 |
| Petosa & Associates PL<br>7251 W Palmetto Park Rd, Suite 206<br>Boca Raton, FL 33433-3487 | Petosa & Associates, PL<br>7251 W Palmetto Park Rd, #206<br>Boca Raton, FL 33433-3487 | Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956-1005 |
| Pitney Bowes/Purchase Power<br>PO Box 5135<br>Shelton, CT 06484-7135 | Saks Fifth Avenue<br>PB 4144<br>Carol Stream, IL 60197-4144 | Sears<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 |
| Sprint<br>PO Box 3827<br>Englewood, CO 80155-3827 | Ultimate Water<br>700 W Hillsboro Blvd., Suite 207<br>Deerfield Beach, FL 33441-1612 | VW Credit, Inc.<br>Attn: Joe M. Lozano Jr., Esq.<br>POB 829009<br>Dallas TX 75382-9009 |
| West<br>PO Box 6292<br>Carol Stream, IL 60197-6292 | Frank Michael Petosa<br>3059 NW 63rd Street<br>Boca Raton, FL 33496-3309 | Marc P Barmat<br>2255 Glades Rd  # 337W<br>Boca Raton, FL 33431-7379 |
| Michael R Bakst<br>PMB 702<br>222 Lakeview Ave #160<br>West Palm Beach, FL 33401-6101 | Susan Sherman Petosa<br>3059 NW 63rd Street<br>Boca Raton, FL 33496-3309 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients     2<br>Total                  57 |